ACCEPTED
05-10-00866-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 12:25:39 PM
LISA MATZ
CLERK

NO. 05-10-00866-CR

| MICHAEL EDWARD DANSBY | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 12:25:39 PM
LISA MATZ
Clerk

## STATE'S WAIVER OF ADDITIONAL BRIEFING

**TO THE HONORABLE JUDGES OF SAID COURT:**

The State of Texas respectfully gives notice to this Court that it will rely upon the previous briefing filed in this Court and the Court of Criminal Appeals in this appeal.  In particular, the State requests this Court to take notice of the issues listed in the "Conclusion" of the Court of Criminal Appeals's opinion of November 26, 2014, which that Court specifically refrained from considering in that opinion. The State requests leave to file with this Court a copy of the State's briefing previously filed in the Court of Criminal Appeals if that briefing is not available to this Court.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court consider the prior briefing filed by the State in this appeal and that, upon review, this Court will affirm the judgment of the trial court.

Respectfully submitted,
ERLEIGH NORVILLE WILEY
CRIMINAL DISTRICT ATTORNEY
KAUFMAN COUNTY

__/s Sue Korioth_____
SUE KORIOTH, SBN 11681975
Asst. Criminal District Attorney
100 W. Mulberry Street
Kaufman, Texas 75142
(972) 932-4331 ext. 1264
FAX (972) 932-0357
suekorioth@aol.com
ATTORNEYS FOR THE STATE

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 2nd day of March 2015, a copy of the foregoing will be served by efiling or email to counsel for appellant, Adam Seidel.

__/s/ Sue Korioth_____
Sue Korioth